UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:13-cr-78 |
| ) | |
| v. ) | |
| ) | MATTICE / LEE |
| VICTOR MANUEL ZELAYA-GARCIA ) | |

# **O R D E R**

Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Counts One and Two of the two-count Indictment; (2) accept Defendant's plea of guilty to Counts One and Two of the Indictment; (3) adjudicate Defendant guilty of the charges set forth in Counts One and Two of the Indictment; and (4) find Defendant shall remain in custody until sentencing in this matter [Doc. 17]. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 17] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's motion to withdraw his not guilty plea to Counts One and Two of the Indictment is **GRANTED**;

(2) Defendant's plea of guilty to Counts One and Two of the Indictment is **ACCEPTED**;

(3) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Counts One and Two of the Indictment;

(4) Defendant **SHALL REMAIN** in custody until sentencing in this matter which is

scheduled to take place on **Monday, December 9, 2013 at 2:00 p.m. [EASTERN]**

before the Honorable Harry S. Mattice, Jr.

**SO ORDERED.**

**ENTER:**

                                                 */s/Harry S. Mattice, Jr.*
                                                 HARRY S. MATTICE, JR.
                                                 UNITED STATES DISTRICT JUDGE

2

Case 1:13-cr-00078-HSM-SKL   Document 19   Filed 09/24/13   Page 2 of 2   PageID #: 33